

渡 航 先

This passport is valid for all countries and areas unless otherwise endorsed.

日 本 国    JAPAN

型/Type    発行国/Issuing country    旅券番号/Passport No.

旅券 PASSPORT    P    JPN

姓/Surname
M

名/Given name
K  (L          )

国 籍/Nationality    生年月日/Date of birth
JAPAN                          2015

性別/Sex    本 籍/Registered Domicile
M            CHIBA

発行年月日/Date of issue    所持人自署/Signature of bearer
MAY  2015

有効期間満了日/Date of expiry
MAY  2020

発行官庁/Authority    by R. Mitsugi (Father)
CONSULATE-GENERAL OF JAPAN
IN NEW YORK

P<JPNM        <<K  K<<<<<<<<<<<<<<<<<<<<<<<<<<<<
MZ10696261JPN1501087M2005135<<<<<<<<<<<<<<<04