渡航先

This passport is valid for all countries and areas unless otherwise endorsed.



日本国   JAPAN

旅券 PASSPORT

型/Type: P
発行国/Issuing country: JPN
旅券番号/Passport No.: ███

姓/Surname: M███
名/Given name: R███
国籍/Nationality: JAPAN
生年月日/Date of birth: ███ 2017
性別/Sex: M
本籍/Registered Domicile: CHIBA
発行年月日/Date of issue: JAN 2018
所持人自署/Signature of bearer: by R. Mitsugi (Father)
有効期間満了日/Date of expiry: JAN 2023
発行官庁/Authority: MINISTRY OF FOREIGN AFFAIRS

P<JPNM███<<R███<<<<<<<<<<<<<<<<<<<<<<<<<
MU71146052JPN1705184M2301114<<<<<<<<<<<<<<08