# Arnold & Porter

Imani Tisdale
+1 212.836.7384 Direct
Imani.Tisdale@arnoldporter.com

October 25, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Robert Ryuichi Mitsugi v. Eunji Jung, No. 1:22-cv-08025-LGS,* **Notice of Joint Agreement and Request for Extension of Time for Respondent's Answer to Amended Verified Petition for Return of KLM and RHM Pursuant to the Hague Convention**

Dear Judge Schofield:

We write on behalf of Robert Ryuichi Mitsugi ("Petitioner") and Eunji Jung ("Respondent"), proceeding pro se, (together, "Parties") in the above-referenced action to request an extension of time for Respondent's Answer to Petitioner's Amended Verified Petition for Return of KLM and RHM Pursuant to the Hague Convention, currently returnable on October 25, 2022. Specifically, the Parties agree to a two week extension of Respondent's deadline to answer from October 25, 2022 to November 8, 2022.

Respectfully,

*Imani C. Tisdale*

Imani C. Tisdale
M. Hannah Koseki

250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
Imani.Tisdale@arnoldporter.com

*Attorneys for Petitioner
Robert Ryuichi Mitsugi*