UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT RYUICHI MITSUGI,
:
Petitioner,   :   22 Civ. 8025 (LGS)
:
-against-   :   ORDER
:
EUNJI JUNG,
:
Respondent.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on November 30, 2022. For the reasons discussed at the conference, it is hereby

**ORDERED** that the parties shall produce all documents in their possession relating to the family court proceeding in Japan to each other no later than **December 16, 2022**. The parties shall file a joint status letter by **December 30, 2022**. A case management plan and scheduling order reflecting these dates will issue separately. It is further

**ORDERED** that a conference regarding the status of fact discovery and any contemplated expert discovery will be held on **January 4, 2023 at 4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333. The start time is approximate, but the parties shall be prepared to begin at the scheduled time.

**ORDERED** that the parties shall participate in the SDNY Mediation program and shall attempt in good faith to resolve any issues they feel may be amenable to resolution through mediation. A referral order will issue separately.

Dated: December 1, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE