UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
ROBERT RYUICHI MITSUGI,

                        Petitioner,           22 Civ. 8025 (LGS)

        -v-

EUNJI JUNG,                                <u>CIVIL CASE
MANAGEMENT PLAN
AND SCHEDULING
ORDER</u>

                        Respondent.

------------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

1.     All fact discovery shall be completed no later than **January 13, 2023**.

    a.     By **December 16, 2022,** the parties shall produce to each other all documents in their possession relating to the Japanese family court proceeding between Petitioner and Respondent. The parties are under no obligation to produce translated versions of documents in their possession.

2.     Status Letters and Conferences

    a.     By **December 30, 2022**, the parties shall submit a status letter, as outlined in Rule IV.A.2 in the Individual Rules and Practices for Civil Cases available at https://nysd.uscourts.gov/hon-lorna-g-schofield.

    b.     On **January 4, 2023, at 4:10 p.m.** *[usually 14 days after the close of discovery]*, a case management conference will be held. The parties shall be prepared to discuss the status of fact discovery and any proposed expert discovery.

    c.     On **March 23, 2023, at 4:10 p.m.,** a further case management conference will be held. This conference will serve either as a pre-motion conference for any party seeking to file a summary judgment motion, or a scheduling conference for trial.

        i.     A party wishing to file a summary judgment motion shall file a pre-motion letter, and any party wishing to oppose also shall file a letter at the times and in the form provided in the Court's Individual Rule III.A.1. The Court will set the briefing schedule at the conference. The Court will set a firm trial date after a decision on any summary judgment motion.

      ii. If no pre-motion letters are timely filed, the conference will be cancelled, and the Court will set dates for trial and pre-trial submissions. The trial date will be firm.

This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein (except as provided in paragraph 8(f)) shall be made in a written application in accordance with the Court's Individual Rules and shall be made no less than 2 business days prior to the expiration of the date sought to be extended.

      The Clerk of Court is respectfully directed to enter the dates under paragraphs 1, 1(a) and 2(a) into the Court's calendar. The Clerk is further directed to calendar telephonic conferences as described in paragraphs 2(b) and 2(c).

      SO ORDERED.

Dated: December 1, 2022
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**