UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT RYUICHI MITSUGI,

                            Petitioner,           22 Civ. 8025 (LGS)

         -against-                        ORDER

EUNJI JUNG,

                         Respondent.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on January 4, 2023. For the reasons discussed at the conference, it is hereby

**ORDERED** that the parties shall file a joint letter on ECF by **January 18, 2023**. The letter shall include the following information:

- A statement of the progress of mediation, scheduled to begin on January 13, 2023;

- A joint proposal from the parties regarding the retention of an expert in Japanese law and, if appropriate, a list of any such experts agreeable to both parties;

- A statement regarding any further fact discovery that has occurred since the status letter filed December 29, 2022; and

- A statement regarding the status of any legal proceedings involving the parties in Japan, to the extent the parties have more information regarding the schedule or status of such proceedings beyond what was discussed at the conference.

Dated: January 5, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE