# Arnold & Porter

**Imani Tisdale**
+1 212.836.7384 Direct
Imani.Tisdale@arnoldporter.com

January 18, 2023

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Robert Ryuichi Mitsugi v. Eunji Jung, No. 1:22-cv-08025 (LGS)*

Dear Judge Schofield:

Pursuant to the Court's Order dated January 5, 2023 (ECF No. 26), Robert Ryuichi Mitsugi ("Petitioner") and Eunji Jung ("Respondent") proceeding pro se, (together, "Parties") respectfully submit this joint status letter and request a 45-day extension *nunc pro tunc* of the fact discovery deadline from January 13, 2023 until February 27, 2023.

**(a) Progress of mediation, scheduled to begin on January 13, 2023;**

The Parties met from 10:00 AM to 1:00 PM EST on January 13, 2023, but were unable to resolve this matter. The Parties have agreed to continue to exchange proposals until their next meeting, which is scheduled to take place on or about February 24, 2023.

**(b) Joint proposal from the Parties regarding the retention of an expert in Japanese law and, if appropriate, a list of any such experts agreeable to both Parties;**

The Parties propose that each will retain their own expert in Japanese law, and as such, did not develop a list of mutually-agreeable experts.

Respondent intends to contract her lawyer in Japan, Mr. Jehun Kim, Founding Member and Director of the Yotsuya International Law Office. Mr. Kim graduated from the Osaka Prefectural University Faculty of Engineering Department of Marine Engineering and Registered as a lawyer in 2008. In June 2011 Mr. Kim established the Yotsuya International Law Office.

Petitioner intends to contract an outside attorney from Japan, Mr. Kaoru Haraguchi, Founding Partner of the Haraguchi International Law Office. Haraguchi International Law Office was established in March 2003 by Kaoru Haraguchi, who has more than 25 years of experience practicing as an international lawyer in Japan, the United States, Europe and China. Mr. Haraguchi attended Chuo University (LL.B.) and The University of Chicago Law School (LL.M.).

**Arnold & Porter**

January 18, 2023
Page 2

The Parties understand that the Court will need to find and contract a neutral expert of its own choosing.

**(c) Further fact discovery that has occurred since the status letter filed December 29, 2022**

Although the Parties' efforts were focused on potentially resolving the entire matter through mediation, the Parties nevertheless made a good faith effort to meet the discovery deadline set in the December 1, 2022 Civil Case Management Plan and Scheduling Order (ECF No. 21), but were unable to do so. The Parties continue to progress on the discovery front, and the Parties have exchanged several materials, including complex Japanese legal documents for which careful translation was required. Nevertheless, discovery remains ongoing, and depositions have yet to take place. In light of the Parties' prior good faith discovery efforts, as well as the amount of anticipated forthcoming discovery, the Parties respectfully request that the Court extend the deadline to complete fact discovery from January 13, 2023 to February 27, 2023.

**(d) Status of any legal proceedings involving the parties in Japan, to the extent the Parties have more information regarding the schedule or status of such proceedings beyond what was discussed at the conference.**

Since the telephonic conference held on January 4, 2023 (ECF No. 26), the Japanese court held a conference on January 11, 2023, during which the Japanese court recognized the appearances of Ms. Jung (through her attorney) and Mr. Mitsugi (through his motion to dismiss the complaint). Mr. Mitsugi's response to the complaint in the Japanese court is due on February 15, 2023. The next Court conference date is February 22, 2023.

The Parties do not share a common understanding regarding the timeframe in which the legal proceedings in the Japanese court will be resolved. Mr. Mitsugi's former Japanese counsel, anticipates that the proceedings will be finalized within approximately two years, while Ms. Jung's attorney, Mr. Kim, anticipates that the proceedings will be finalized in approximately three to six months. The Parties agree that this discrepancy heightens the need for a resolution of proceedings in the United States.

# Arnold & Porter

January 18, 2023
Page 3

                                                Respectfully submitted,

By: */s/ Imani C. Tisdale*
Imani C. Tisdale
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
Imani.Tisdale@arnoldporter.com

*Attorneys for Petitioner*
*Robert Ryuichi Mitsugi*

By: */s/ Eunji Jung*
Eunji Jung
935 Saint Nicholas Avenue
Apt. 4B
New York, New York 10032
Eunji.skye.jung@gmail.com

*Respondent, pro se*