

Kathleen Young
keyoung@cravath.com
T+1-212-474-1525
New York

February 22, 2023

<u>Mitsugi v. Jung</u>, No. 1:22-cv-8025-LGS

Dear Judge Schofield:

      Pursuant to the Court's Order dated February 15, 2023 (Dkt. No. 33), Robert Ryuichi Mitsugi ("Petitioner") and Eunji Jung ("Respondent") (together, the "Parties") respectfully submit this joint status letter updating the Court with respect to the following: (i) what fact discovery remains to be taken; (ii) the status of mediation and (iii) a joint proposal for the modification of any deadlines.

I. **Discovery**

    A. **Document and Written Discovery Requests**

      The Parties made progress on discovery when Petitioner was representing herself *pro se*. Specifically, as noted in the Parties' December 29, 2022 joint letter (Dkt. No. 25), the Parties produced documents relating to the family court proceedings in Japan. Additionally, on January 20, 2023, Petitioner served on Respondent an Amended Set of Interrogatories, Requests for Production and Requests for Admission. Respondent produced documents to Petitioner in response to these requests, but has yet to respond to the Interrogatories or Requests for Admission.

      Recently-retained counsel for Respondent has reviewed the Parties' document production to date, aside from a number of documents that counsel received this week. Additionally, Respondent plans to take further discovery required to support her anticipated pre-motion letter for summary judgment. As such, on February 20, 2023, Respondent served Requests for the Production of Documents from Petitioner, and Respondent also intends to serve Interrogatories and Requests for Admission on Petitioner this week. Additionally, Respondent is in the process of translating several additional documents she intends to produce and rely upon in her defense.

**NEW YORK**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

Cravath, Swaine & Moore LLP

B. **Expert Discovery**

When proceeding *pro se*, Respondent planned to call her attorney in Japan, Mr. Jehun Kim, as her expert on Japanese law. However, Respondent no longer anticipates calling Mr. Kim as an expert witness; instead, Respondent is in the process of engaging an expert that did not serve as Respondent's counsel in the underlying Japanese proceedings and has more experience opining as an expert on Japanese family law. While Respondent is willing to provide the Court with a list of potential Japanese law experts from which the Court can select a neutral expert, Respondent maintains that she requires her own expert to support her anticipated motion for summary judgment. Respondent believes the Court can resolve this case at the summary judgment stage because Respondent asserts that Mr. Mitsugi has no custody rights under Japanese law. Thus, Respondent is also in the process of engaging an expert that can speak to issues pertinent to available defenses to alleged Hague Convention violations including, the grave risk defense.[1]

Petitioner has disclosed an expert, Mr. Kaoru Haraguchi, and plans to produce Mr. Haraguchi's Rule 26(a)(2) report next week. Given the change in counsel, however, Petitioner remains open to providing the Court with (a) the name of one neutral expert agreed upon by both Parties, or (b) a list of neutral experts from which the Court can determine who will serve this matter.

C. **Depositions**

On January 20, 2023, Petitioner noticed the deposition of Respondent, which the Parties are in the process of scheduling. On February 13, 2023, Respondent noticed the depositions of Petitioner and his expert, Mr. Haraguchi, which the Parties are also in the process of scheduling. In the event that a neutral expert is not chose by the Court, Petitioner will notice the expert of Respondent's choosing once said expert has been disclosed.

II. **Status of Mediation**

The Parties participated in a mediation discussion on February 21, 2023. While mediation appears unlikely, the Parties remain in discussions regarding settlement.

III. **Joint Proposal for the Modification of Deadlines**

In light of the anticipated forthcoming discovery, the Parties respectfully request that the Court extend the existing deadlines in this case as follows:

---

[1] While Petitioner consented to the remaining portion of the letter, Petitioner withheld his signature for this filing because he objected to the inclusion of this sentence and the prior sentence. Petitioner stated his position as follows: "[Mr. Mitsugi] find[s] it inappropriate and unwarranted to include theories of the case, opinions, or any factual arguments". (Email from Imani Tisdale to Charlotte Rothschild, Feb. 22, 2023).

| Current Deadline | New Deadline | Description |
| --- | --- | --- |
| February 27, 2023 | March 24, 2023 | Close of fact discovery |
| N/A | March 24, 2023 | Close of expert discovery |
| March 29, 2023 | April 26, 2023 | Case management conference |

Respectfully Submitted,

By: _____  
Imani C. Tisdale  
Arnold & Porter Kaye Scholer LLP  
250 West 55th Street  
New York, NY 10019-9710  
Telephone: +1 212-836-8000  
Fax: +1 212-836-8689  
Imani.Tisdale@arnoldporter.com  

*Attorneys for Petitioner*  
*Robert Ryuichi Mitsugi*

By: /s/ Kathleen E. Young  
Kathleen E. Young  
Charlotte C. Rothschild  
Cravath, Swaine & Moore LLP  
825 8th Avenue  
New York, NY 10019-7416  
Telephone: +1 212-474-1000  
Fax: +1 212-474-3700  
keyoung@cravath.com  

*Attorneys for Respondent*  
*Eunji Jung*

The Honorable Lorna Schofield  
   Southern District of New York  
      United States Courthouse  
         40 Centre Street, Courtroom 1106  
           New York, NY 10601  
VIA ECF