UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Ryuichi Mitsugi<br><br>                    Petitioner,<br><br>v.<br><br>Eunji Jung<br><br>                    Respondent. | Civil Case No. 22-cv-8025-LGS |

**DECLARATION OF KATHLEEN YOUNG IN SUPPORT OF DANIEL YOUNG'S INDIVIDUAL AND JOINT EXPERT OPINIONS**

I, Kathleen Young, declare as follows:

1. I am an attorney at the law firm of Cravath, Swaine & Moore LLP. My office is located at Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019.

2. I represent Respondent Eunji Jung ("Respondent") in the above captioned action.

3. I submit this declaration in support of Daniel Young's personal and joint expert opinions as provided in the Joint Expert Report regarding Japanese law authored by Daniel Young and Kaoru Haraguchi.

4. Attached hereto as Exhibit 1 is a true and correct copy of the curriculum vitae of Kaoru Haraguchi.

5. Attached hereto as Exhibit 2 is a true and correct copy of the curriculum vitae of Daniel Young.

6. Attached hereto as Exhibit 3 is a true and correct English translation of the Due Diligence Report prepared by the Japanese Court Inspector. Exhibit 3 has been filed fully under seal.

7. Attached hereto as Exhibit 4 is a true and correct copy of the original Japanese Due Diligence Report prepared by the Japanese Court Inspector. Exhibit 4 has been filed fully under seal.

8. Attached hereto as Exhibit 5 is a true and correct English translation of Respondent's resident certificate. Certain personal identifiable information has been redacted from Exhibit 5.

9. Attached hereto as Exhibit 6 is a true and correct original Japanese copy of Respondent's resident certificate. Certain personal identifiable information has been redacted from Exhibit 6.

10. Attached hereto as Exhibit 7 is a true and correct English translation of the mediation agreement approved and signed by the mediation panel of the Chiba Family Court, dated August 17, 2020. Certain personal identifiable information has been redacted from Exhibit 7.

11. Attached hereto as Exhibit 8 is a true and correct copy of the original Japanese mediation agreement approved and signed by the mediation panel of the Chiba Family Court, dated August 17, 2020. Certain personal identifiable information has been redacted from Exhibit 8.

12. Attached hereto as Exhibit 9 is a true and correct copy of emails exchanged between Respondent and Petitioner, dated November and December of 2021. Certain personal identifiable information has been redacted from Exhibit 9.

13.     Attached hereto as Exhibit 10 is a true and correct copy of faxes exchanged between Respondent and Petitioner, dated November of 2021.  Certain personal identifiable information has been redacted from Exhibit 10.

14.     Attached hereto as Exhibit 11 is a true and correct copy of Parts IV and V of the Japanese Civil Code.

15.     Attached hereto as Exhibit 12 is a true and correct copy of *Child Abduction and Article 224 of the Criminal Code of Japan*, authored by Kaoru Haraguchi, dated February 3, 2019.

16.     Attached hereto as Exhibit 13 is a true and correct copy of Part I, Section II, Article 4 of the Japanese Civil Code.

17.     Attached hereto as Exhibit 14 is a true and correct English translation of Japanese Supreme Court decision 2000 (Kyo) 5, dated May 1, 2000.

18.     Attached hereto as Exhibit 15 is a true and correct copy of *In the Best Interests of the Court: What American Lawyers Need to Know about Child Custody and Visitation in Japan*, authored by Colin P.A. Jones, published in Volume 8, Issue 2 of the Asian-Pacific Law & Policy Journal, dated Spring of 2007.

19.     Attached hereto as Exhibit 16 is a true and correct copy of the Hague Convention on the Civil Aspects of International Child Abduction, dated October 25, 1980.

20.     Attached hereto as Exhibit 17 is a true and correct copy of a Tokyo Family Court decision, dated December 14, 1964.

21.     Attached hereto as Exhibit 18 is a true and correct copy of an Osaka Family Court decision, dated January 16, 1980.

22.     Attached hereto as Exhibit 19 is a true and correct copy of *Japan's Failure to Protect Japanese-American Children from International Parental Kidnapping in Violation of the Hague Convention on Child Abduction*, authored by Tarja Cajudo, published in Volume 33, Issue 2 of the American University International Law Review, dated 2017.

23.     Attached hereto as Exhibit 20 is a true and correct copy of *Protecting the Parent-Child Relationship*, authored by Kristy Horvath and Margaret Ryznar, published in Volume 47 of the George Washington International Law Review.

24.     Attached hereto as Exhibit 21 is a true and correct copy of a screen capture of the Jisho dictionary translation of "mitomeru", dated April 4, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 5, 2023

                              Respectfully submitted,

                              /s/ Kathleen Young
                              **CRAVATH, SWAINE & MOORE LLP**
                              Kathleen Young
                              Charlotte Rothschild
                              Tala Doumani
                              Worldwide Plaza
                              825 Eighth Avenue
                              New York, NY 10019
                              Telephone: (212) 474-1000
                              Facsimile: (212) 474-3700
                              keyoung@cravath.com
                              crothschild@cravath.com
                              tdoumani@cravath.com

                              *Attorneys for Respondent Eunji Jung*