UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT RYUICHI MITSUGI,
                              Petitioner,      22 Civ. 8025 (LGS)

      -against-                           ORDER

EUNJI JUNG,
                              Respondent.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on May 10, 2023. For the reasons discussed at the conference, it is hereby

      **ORDERED** that the parties' cross-motions for summary judgment, limited to the existence of a *prima facie* case for repatriation under the Hague Convention on the Civil Aspects of International Child Abduction, shall be briefed as follows:

- Respondent shall file her motion by **June 2, 2023**. Any memorandum of law filed in support of the motion shall not exceed twenty-five pages.

- Petitioner shall file his cross-motion and opposition to Respondent's motion by **June 23, 2023**. Any memorandum of law filed in connection with the cross-motion and in opposition shall not exceed forty pages.

- Respondent shall file her reply in support of her motion and opposition to Petitioner's cross-motion, not to exceed twenty-five pages, by **June 30, 2023**.

- Petitioner shall file his reply in support of his cross-motion, not to exceed ten pages, by **July 12, 2023**.

Notwithstanding the page limitations given above, the parties may reallocate pages between their two memoranda of law, provided that no more than fifty pages of briefing in total are filed in connection with their motion. The parties shall comply with the Court's Individual Rules

regarding motions, including those governing evidentiary submissions and courtesy copies.  It is further

**ORDERED** that by **May 16, 2023**, the parties shall file a joint letter on ECF listing a minimum of three mutually-agreeable experts for the parties to retain to serve as an impartial expert to the Court in order to resolve any questions of Japanese law presented by the parties' motions.  *See* Fed. R. Evid. 706(a).  To the extent the parties are able to agree on their preference or ranking regarding which expert to retain, the letter shall reflect the parties' joint preference.  Alternatively, the letter may reflect each party's preferences or lack thereof.  The joint letter shall include a statement that counsel, their firms, the parties and the parties' previously-retained experts do not have any relationship with the mutually-agreeable experts.

Dated: May 11, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE