UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                     :
ROBERT RYUICHI MITSUGI,                              :
                                    Petitioner,      :          22 Civ. 8025 (LGS)
                                                     :
              -against-                              :          ORDER
                                                     :
EUNJI JUNG,                                          :
                                    Respondent.      :
-----------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 6, 2023, the parties filed a joint expert report regarding the issues of

Japanese law relevant to this case.  The report indicated conflict between the parties' experts'

views so as to require the retention of a neutral expert to resolve the dispute.

WHEREAS, an Order issued May 11, 2023, directed the parties to file a joint letter listing

mutually-agreeable potential experts to serve as an impartial expert to the Court.  On May 16,

2023, the parties filed such a letter listing five mutually-agreeable potential experts.  On May 23,

2023, the parties filed a further letter listing contact information for these experts.

WHEREAS, the proposed expert Shuhei Ninomiya informed the Court that he would not

be able to serve as an expert due to his need for an interpreter.  The Court's communications with

Professor Ninomiya are appended to this order.  The remaining experts have not responded to

inquiries using the contact information provided by the parties.  It is hereby

**ORDERED** that the parties shall file a further joint letter by **June 23, 2023**.  Such joint

letter shall list any additional potential experts that are mutually agreeable to the parties and their

contact information.  To the extent possible, any proposed expert should be proficient in English.

To the extent the parties have such information, the letter shall also provide any further contact

information for the existing list of proposed experts.

Dated: June 16, 2023
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**

# Ninomiya Shohei - Service as Neutral Expert

███████████████████████████████████████

Fri 6/9/2023 2:36 PM

To:rits-ls@st.ritsumei.ac.jp <rits-ls@st.ritsumei.ac.jp>

███████████████████████████████████████

Hello - I write on behalf of Hon. Lorna Schofield, an American federal judge, to contact Prof. Ninomiya regarding potential service as a neutral, court-appointed expert.  Judge Schofield is currently presiding over a case that turns on a question of Japanese family law.  The parties agreed to pay for a court-appointed neutral expert in Japanese law to assist Judge Schofield in resolving the dispute, and listed Prof. Ninomiya as a mutually-agreeable potential expert.  Prof. Ninomiya would be compensated for his time spent serving as an expert.

If possible, we would like to present Prof. Ninomiya with more information regarding the case and his potential involvement.  If you could send an email address or preferred method of contact, I will follow-up individually.  Thank you in advance for your assistance.

Best regards,

████████████████
Law Clerk to the Hon. Lorna G. Schofield
United States Courthouse
40 Foley Square
New York, New York 10007

███████████████████

**from Ninomiya(Ritsumeikan Uni.)**

NINOMIYA SHUHEI <snt00177@law.ritsumei.ac.jp>
Mon 6/12/2023 1:35 AM

████████████████████████████████████

Cc:rits- ls <rits-ls@st.ritsumei.ac.jp>

**CAUTION - EXTERNAL:**

 Dear  Mr.████

                                                                          June  12,  2023
Thank you for contacting me, I am honored to be listed as a mutually-agreeable
potential expert.
I  am  sorry,I am unable to communicate in English.
 I need an interpreter.
Therefore, it would be difficult for me to act as a neutral, court-appointed expert.
 I will reply to you as soon as possible.
                                        Sincerely  yours
                                         SHUHEI  NINOMIYA
                                        Professor  emeritus  Ritsumeikan  Uni.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.