# Arnold & Porter

Imani Tisdale
+1 212.836.7384 Direct
Imani.Tisdale@arnoldporter.com

June 23, 2023

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: Joint Status Letter Regarding Case Status

   ***Robert Ryuichi Mitsugi v. Eunji Jung, No. 1:22-cv-08025 (LGS)***

Dear Judge Schofield:

  Petitioner Robert Ryuichi Mitsugi ("Petitioner") and Respondent Eunji Jung ("Respondent") (together, "Parties") respectfully submit this joint letter regarding the status of the above captioned matter. The Parties have reached a settlement agreement in principle and anticipate having a fully executed agreement prepared for the Court early next week. Accordingly, the Parties have agreed to forgo additional filings pending consummation of the settlement.

  The Parties appreciate Your Honor's time and attention to this matter.

              Respectfully submitted,

| | |
|---|---|
| By:   */s/ Imani C. Tisdale* <br> Imani C. Tisdale <br> Arnold & Porter Kaye Scholer LLP <br> 250 West 55th Street <br> New York, NY 10019-9710 <br> Telephone: +1 212-836-8000 <br> Fax: +1 212-836-8689 <br> Imani.Tisdale@arnoldporter.com <br><br> *Attorney for Petitioner* <br> *Robert Ryuichi Mitsugi* | By:   */s/ Kathleen E. Young* <br> Kathleen E. Young <br> Charlotte C. Rothschild <br> Cravath, Swaine & Moore LLP <br> 825 8th Avenue <br> New York, NY 10019-7416 <br> Telephone: +1 212-474-1000 <br> Fax: +1 212-474-3700 <br> keyoung@cravath.com <br> crothschild@cravath.com <br><br> *Attorneys for Respondent* <br> *Eunji Jung* |