```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   ROBERT RYUICHI MITSUGI,                                    :
                                Petitioner,                   :       22 Civ. 8025 (LGS)
                                                              :
               -against-                                      :       ORDER
                                                              :
   EUNJI JUNG,                                                :
                                Respondent.                   :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 2, 2023, Respondent moved for summary judgment. In connection with the motion for summary judgment, Respondent filed a motion to file under seal information contained in her briefing papers in support of the motion for summary judgment. The information she seeks to file under seal consists of personal identifying information for the parties and their children, including their dates of birth, home addresses, passport numbers, telephone numbers and email addresses.

WHEREAS, an order issued June 26, 2023, adjourned all deadlines *sine die* because the parties reached a settlement in principle. An order issued June 28, 2023, so ordered the parties' stipulation of dismissal.

WHEREAS, although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted). One such competing consideration is the privacy interests of the parties and third parties. *Id.* at 120; *see also* Fed. R. Civ. P. 5.2(a) (mandating redactions to certain identifying personal information). It is hereby

**ORDERED** that Respondent's motion for summary judgment is **DENIED** as moot.  It is further

**ORDERED** that Respondent's motion to file under seal portions of the summary judgment record is **GRANTED.**

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 70 and 72.

Dated: July 7, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE