UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT RYUICHI MITSUGI,

         Petitioner,    22 Civ. 8025 (LGS)

   -against-         <u>ORDER</u>

EUNJI JUNG,

         Respondent.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, on June 27, 2023, the parties filed a stipulation of voluntary dismissal. An order issued on June 28, 2023, so ordered the dismissal and held that the Court will retain jurisdiction over this case until finalization of the parties' divorce proceedings in Japan. It is hereby

 **ORDERED** that the case may be closed. The parties shall file the joint status letter described in the June 28, 2023, at the appropriate time.

 The Clerk of Court is respectfully directed to terminate the case.

Dated: August 11, 2023
   New York, New York

                   LORNA G. SCHOFIELD
                   UNITED STATES DISTRICT JUDGE